IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 3: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| INNOVATIVE SOLUTIONS AND SUPPORT, INC. ) ) ) Plaintiff ) ) v. ) ) J2, INC. ) ) Defendant ) | Case No. 2:05-cv-02665-JPM-tmp |

## ORDER GRANTING DEFENDANT J2, INC.'S MOTION FOR EXTENSION OF TIME TO SERVE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT AGAINST J2, INC.

This cause came before the Court on the Motion of Defendant, J2, Inc., to extend the time to answer or otherwise respond to Plaintiff's Complaint. The Plaintiff does not oppose J2's request. The Court having considered the motion finds that the motion is well-taken and should be granted. It is therefore

ORDERED that Defendant J2, Inc. shall be, an hereby is, granted an extension of time to answer or otherwise respond to Plaintiff's Complaint against J2, Inc. up to and including October 18, 2005.

SO ORDERED this the 5 day of October, 2005.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

MEMPHIS 174250v1

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 10-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02665 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT