IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟋⟋ D.C.

05 OCT 11 PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| INNOVATIVE SOLUTIONS AND SUPPORT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J2, INC., )<br>)<br>Defendant. ) | No. 05-2665-MI P |

### ORDER ADMITTING MARTIN B. PAVANE *PRO HAC VICE*

It is hereby ordered, pursuant to Local Rule 83.1(b)(1), that Martin B. Pavane of the law firm of Cohen, Pontani, Lieberman & Pavane be admitted specially for the purpose of acting as attorney in the above-referenced case on behalf of the Plaintiff, Innovative Solutions and Support, Inc.

_____JPMcCall_____
Judge
Date: Oct. 11, 2005

M ARM 90190 This document entered on the docket sheet in compliance
0-0 09/13/05  with Rule 58 and/or 79(a) FRCP on 10-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02665 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Martin B. Pavane
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave.
New York, NY 10176

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lisa A. Ferrari
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave
New York, NY 10176

Honorable Jon McCalla
US DISTRICT COURT