IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 14 PM 12: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| INNOVATIVE SOLUTIONS AND SUPPORT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-2665 M1/P |
| J2, INC., | ) ) | |
| Defendant. | ) ) ) | |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

It is ORDERED that the October 7, 2005, Motion for Admission *Pro Hac Vice* of Lisa A. Ferrari on behalf the Plaintiff, Innovative Solutions and Support, Inc. is hereby GRANTED.

ENTERED this ___*13*___ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-14-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02665 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Martin B. Pavane
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave.
New York, NY 10176

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lisa A. Ferrari
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave
New York, NY 10176

Honorable Jon McCalla
US DISTRICT COURT