IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 NOV -8 AM 11: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| INNOVATIVE SOLUTIONS AND SUPPORT, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>J2, INC.<br><br>　　　Defendant. | Civil Action No.<br>05-2665-MI/P |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

It is ORDERED that the Motion to Admit Mark E. Brown to Participate *Pro Hac Vice* in the Above Styled Cause on behalf of Defendant, J2, Inc., is hereby GRANTED.

ENTERED this __7__ day of __NOV.__, 2005.

_____
UNITED STATES DISTRICT JUDGE

MEMPHIS 176280v1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11-8-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02665 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark E. Brown
CHASE LAW FIRM LC
4400 College Bold
Ste 130
Overland Park, KS 66211

Martin B. Pavane
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave.
New York, NY 10176

Lisa A. Ferrari
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave
New York, NY 10176

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT