IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 14  AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

INNOVATIVE SOLUTIONS AND )
SUPPORT, INC., )
 )
      Plaintiff, )
 )
vs. ) Civ. No. <u>05-2665-Ml/P</u>
 )
J2, INC., )
 )
      Defendant. )

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held November 3, 2005. Present were Bradley E. Trammell and Lisa A. Fevari (via telephone) counsel for plaintiff, and Frank Holbrook and Mark Brown (via telephone), counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
November 17, 2005

**JOINING PARTIES:** January 31, 2006

**AMENDING PLEADINGS:** January 31, 2006

**INITIAL MOTIONS TO DISMISS:** January 31, 2006

**COMPLETING ALL DISCOVERY:** June 30, 2006

    (a)   **DOCUMENT PRODUCTION:** June 30, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-14-05

15

    **(b)**    **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: June 30, 2006

    **(c)**    **EXPERT WITNESS DISCLOSURE (Rule 26)**:

        **(1)**    **DISCLOSURE OF RULE 26 EXPERT INFORMATION FOR THE PARTY WHO BEARS THE BURDEN ON ANY ISSUE**: March 15, 2006

        **(2)**    **DISCLOSURE OF OPPOSITION RULE 26 EXPERT INFORMATION**: May 1, 2006

        **(3)**    **REBUTTAL EXPERT REPORTS**: May 30, 2006

        **(4)**    **EXPERT WITNESS DEPOSITIONS**: June 30, 2006

**FILING DISPOSITIVE MOTIONS**: August 15, 2006

**OTHER RELEVANT MATTERS**:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 5-6 days.

    The parties agree that this case may be appropriate for ADR. The parties are to appear before Magistrate Judge Pham on Thursday, February 23, 2006, at 9:30 a.m., for a status conference to discuss the possibility of ADR.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 10, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02665 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Martin B. Pavane
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave.
New York, NY 10176

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lisa A. Ferrari
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave
New York, NY 10176

Mark E. Brown
CHASE LAW FIRM LC
4400 College Bold
Ste 130
Overland Park, KS 66211

Honorable Jon McCalla
US DISTRICT COURT