IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE SOLUTIONS AND SUPPORT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-2665-Ml/P |
| J2, INC., | ) ) | |
| Defendant. | ) ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on November 14, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1.  The jury trial in this matter, which is anticipated to last five to six (5-6) days, is set to begin <u>Monday, October 23, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.  A pretrial conference is set for <u>Monday, October 16, 2006 at 8:45 a.m.</u>

3.  The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>October 9, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this ___29___ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02665 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Martin B. Pavane
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave.
New York, NY 10176

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lisa A. Ferrari
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Ave
New York, NY 10176

Mark E. Brown
CHASE LAW FIRM LC
4400 College Bold
Ste 130
Overland Park, KS 66211

Honorable Jon McCalla
US DISTRICT COURT